UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

        v.                                        CASE NO. 8:18-mj-1303-T-MAP

DIRK DAVIS
_____/

## **DETENTION ORDER**

THIS CAUSE is before the Court upon the government's motion to detain the Defendant pursuant to 18 U.S.C. § 3142(f)(1).  The Defendant is charged with possession of a firearm in association with a crime of violence in violation of  18 U.S.C. § 924(c).  The Defendant concedes the motion at this time, but may seek reconsideration of this order should circumstances warrant.  It is ORDERED:

1.  The Defendant shall be detained pending trial and committed to the custody of the Attorney General for confinement in a correction facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal;

2.  The Defendant shall be afforded reasonable opportunity for private consultation with counsel;.

3.  On order of a court of the United States or on request of an attorney for the Government, the person in charge of the corrections facility in which the Defendant is confined shall deliver the Defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding.

DONE and ORDERED, at Tampa, Florida, on March 20, 2018.

*Mark A. Pizzo*
MARK A. PIZZO
UNITED STATES MAGISTRATE JUDGE

cc: Counsel of Record
United States Marshals Service
Pretrial Services